IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DERRICK WALKER also known as "D", et al.<br><br>    Defendants. | CRIMINAL FILE NO.<br>1:06-CR-446-TWT |

OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 142] of the Magistrate Judge recommending that the Defendant Real's Motion to Suppress Evidence and Statements [Doc. 91 & 92] be denied and that Defendant Valladares' Motion for Severance [Doc. 95] be denied. It is clear that the officers searched the Defendant Real's bedroom with consent. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Real's Motion to Suppress Evidence and Statements [Doc. 91 & 92] is DENIED. The Defendant Valladares' Motion for Severance [Doc. 95] is DENIED.

SO ORDERED, this 1 day of May, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge